**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CRISTI COLLEY and NINA HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONEY BAKED HAM COMPANY, LLC,<br><br>Defendant. | Civil Action File No.:<br>1:26-cv-01979-JPB |

**DEFENDANT THE HONEY BAKED HAM COMPANY, LLC'S MOTION TO DISMISS THE PUTATIVE CLASS ACTION COMPLAINT**

Defendant The Honey Baked Ham Company, LLC ("HBH"), by and through undersigned counsel, respectfully requests entry of an Order dismissing the Class Action Complaint filed by Plaintiffs Cristi Colley and Nina Harris, individually and on behalf of all others similarly situated, in its entirety, with prejudice, and without leave to replead for failure to allege fraud with sufficient particularity pursuant to Federal Rule of Civil Procedure 9(b), lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), and/or for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of this Motion to Dismiss, HBH relies upon the Memorandum of Law filed herewith.

Respectfully submitted this 8th day of July, 2026.

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

/s/ Jeffrey H. Fisher
Jeffrey H. Fisher (GA Bar No. 981575)
jfisher@ktslaw.com
Evan S. Nadel (Admitted Pro Hac Vice)
enadel@ktslaw.com

Anthony Paduano
(Admitted Pro Hac Vice)
ap@pwlawyers.com
Kevin C. Kelly
(Admitted Pro Hac Vice)
Kk@pwlawyers.com
Leonard Weintraub
(Admitted Pro Hac Vice)
lw@pwlawyers.com
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas,
Ninth Floor
New York, New York 10020
Phone: (212) 785-9100
Fax: (212) 785-9099

*Counsel for Defendant The Honey Baked Ham Company, LLC*

**CERTIFICATE OF FONT AND POINT SELECTION**

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

This 8th day of July, 2026.

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

/s/ Jeffrey H. Fisher
Jeffrey H. Fisher
GA Bar No. 981575
jfisher@ktslaw.com

*Counsel for Defendant The Honey Baked Ham Company, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

This 8th day of July, 2026.

/s/ Jeffrey H. Fisher
Jeffrey H. Fisher
GA Bar No. 981575
jfisher@ktslaw.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

*Counsel for Defendant The Honey Baked Ham Company, LLC*